# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| **Sheila Cloonan** | Attorney: |
| Plaintiff | Grad, Logan & Klewans, P.C. |
| | Kevin Byrnes |
| vs. | 3141 Fairview Park Dr., Suite 350 |
| | Falls Church, VA. 22042 |
| **Michael B. Mukasey, et al** | |
| Defendant | |

**Case Number:** 1:08-cv-00700

Legal documents received by Same Day Process Service on April 24th, 2008 at 3:30 PM to be served upon **Michael B. Mukasey, Attorney General of the United States at 950 Pennsylvania Ave., NW, Washington, DC. 20530**

I, Brandon A. Snesko, swear and affirm that on **April 25th, 2008 at 3:30 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in A Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; ECF Attorney/Participant Registration Form; Complaint; Exhibits**, to **Willo T. Lee** as **General Clerk 2 & Authorized Agent** of the within named agency, to wit: **U.S. Department of Justice** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 45   Height: 5'7   Weight: 170   Skin Color: Black   Hair Color: Black   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Brandon A. Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000009169

District of Columbia: SS
Subscribed and Sworn to before me,
this 28 day of April, 2008

Michael Molash, Notary Public, DC
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.