# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| **Sheila Cloonan** | Attorney: |
| Plaintiff | Grad, Logan & Klewans, P.C. |
| vs. | Kevin Byrnes |
| | 3141 Fairview Park Dr., Suite 350 |
| **Michael B. Mukasey, et al** | Falls Church, VA. 22042 |
| Defendant | |

**Case Number:** 1:08-cv-00700

Legal documents received by Same Day Process Service on April 24th, 2008 at 3:30 PM to be served upon **Jeffrey A. Taylor, United States Attorney for the District of Columbia, U.S. Attorney's Office at 501 3rd St., NW, Washington, DC. 20001**

I, Brandon A. Snesko, swear and affirm that on **April 25th, 2008 at 4:00 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in A Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; ECF Attorney/Participant Registration Form; Complaint; Exhibits**, to Gary Nails as **Authorized Agent** of the within named agency, to wit: **United States Attorney for the District of Columbia** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male   Age: 35   Height: Sitting   Weight: 160   Skin Color: Black   Hair Color: Black   Glasses: N

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Brandon A. Snesko**
Process Server

District of Columbia: SS
Subscribed and Sworn to before me,
this 28 day of April, 2008

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000009167

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.