# AFFIDAVIT OF PROCESS SERVER

## United States District Court                    District Of Columbia

**Sheila Cloonan**

    Plaintiff

vs.

**Michael B. Mukasey, et al**

    Defendant

Attorney:

Grad, Logan & Klewans, P.C.
Kevin Byrnes
3141 Fairview Park Dr., Suite 350
Falls Church, VA. 22042

**Case Number:** 1:08-cv-00700

Legal documents received by Same Day Process Service on April 24th, 2008 at 3:30 PM to be served upon **John F. Clark, Director, United States Marshal Services, U.S. Marshal's Service Headquarters at 950 Pennsylvania Ave., NW, Washington, DC. 20530**

I, Brandon A. Snesko, swear and affirm that on **April 25th, 2008 at 3:30 PM,** I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in A Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; ECF Attorney/Participant Registration Form; Complaint; Exhibits,** to Willo T. Lee as General Clerk 2 & Authorized Agent of the within named agency, to wit: **U.S. Department of Justice** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 45   Height: 5'7   Weight: 170   Skin Color: Black   Hair Color: Black   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Brandon A. Snesko**
Process Server

**Same Day Process Service**
**1322 Maryland Ave., NE**
**Washington, DC 20002**

**(202) 398-4200**

Internal Job ID: 0000009168

District of Columbia: SS
Subscribed and Sworn to before me,
this ⟨28⟩ day of ⟨Apr⟩, ⟨2008⟩

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.