# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| **Sheila Cloonan** | Attorney: |
| Plaintiff | Grad, Logan & Klewans, P.C.<br>Kevin Byrnes |
| vs. | 3141 Fairview Park Dr., Suite 350<br>Falls Church, VA. 22042 |
| **Michael B. Mukasey, et al** | |
| Defendant | |

**Case Number:** 1:08-cv-00700

Legal documents received by Same Day Process Service on April 24th, 2008 at 3:30 PM to be served upon **Paul T. Stein, Esq., c/o Stein, Sperling, Bennett, DeJong, Driscoll & Greenfeig, P.C. at 25 West Middle Ln., Rockville, MD. 20850**

I, Peniner R. Shade, swear and affirm that on **April 30th, 2008 at 2:26 PM**, I did the following:

**POSTED** the Summons in A Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; ECF Attorney/Participant Registration Form; Complaint; Exhibits by attaching a conformed copy to the front door at the address above. The first attempt of service occurred on **04-25-2008 at 11:42 am**.

**Supplemental Data Appropriate to this Service:**
04-25-2008, 11:42 am - Attempted to serve Paul T. Stein, Esq. at the above address but was informed that he was on vacation until May 13th.

04-29-208, 11:19 am - Attempted to serve a partner of the firm on behalf of Paul T. Stein, Esq; however, no one was authorized to accept on his behalf and that he must be personally served.

04-30-2008, 2:26 pm - Posted legal documents on a glass doors at a red brick building.

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Peniner R. Shade
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000009171

District of Columbia: SS
Subscribed and Sworn to before me,
this ___1st___ day of __MAY__ 2008

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.