UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA CLOONAN,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>MICHAEL B. MUKASEY, et al.,  )<br>  )<br>Defendants.  )<br>  ) | Civil Action 08-0700 (HHK) |

## NOTICE OF APPEARANCE

The Clerk of this Court will please enter the appearance of Assistant United States Attorney Christopher B. Harwood as counsel of record for the Federal Defendants in the above-captioned case.

Respectfully submitted,

/s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 307-0372
Fax: (202) 514-8780
Christopher.Harwood@usdoj.gov