UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA CLOONAN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:08-CV-00700 (HHK) |
| MICHAEL B. MUKASEY, JEFFREY A. TAYLOR, JOHN F. CLARK, PAUL T. STEIN AND DAVID BARNES | ) |
| Defendants. | ) |

### CONSENT MOTION BY DEFENDANT PAUL T. STEIN, ESQUIRE FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Paul T. Stein, Esquire ("Mr. Stein"), by his undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), respectfully moves for a thirty (30) day extension of time, until and including June 30, 2008, to answer, move or otherwise respond to Plaintiff's Complaint. The grounds for this motion are:

1. Mr. Stein's response to Plaintiff's Complaint is currently due on Friday, May 30, 2008.

2. Counsel for Mr. Stein has just been engaged to handle this matter, and has not yet had an opportunity to review the file in this matter. Counsel requests this extension of time in order to review the file in this matter and to prepare a response to Plaintiff's Complaint.

3. In accordance with Local Civ. R. 7(m), counsel for Mr. Stein spoke to Plaintiff's counsel on May 21, 2008, to seek consent to this motion. Plaintiff consented to an extension of time until and including June 30, 2008, for Mr. Stein to answer, move or otherwise respond to Plaintiff's Complaint.

4.   No scheduling order has been entered in this matter.

5.   No parties will be prejudiced by this brief extension.

WHEREFORE, based upon the foregoing, and for good cause shown, Defendant Paul T. Stein, Esquire respectfully requests that this Court grant him an extension of time until and including June 30, 2008, to answer, move or otherwise respond to Plaintiff's Complaint. A proposed Order is attached.

Date:  May 22, 2008                                         Respectfully submitted,

*Elizabeth T. Simon*
Pamela A. Bresnahan  (D.C. Bar No. 366735)
Elizabeth Treubert Simon (D.C. Bar No. 467272)
Vorys, Sater, Seymour and Pease LLP
1828 L Street, N.W.
Suite 1111
Washington, D.C. 20036
(202) 467-8800 (telephone)
(202) 467-8900 (facsimile)

Counsel for Paul T. Stein, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA CLOONAN, </br></br> Plaintiff, </br></br> v. </br></br> MICHAEL B. MUKASEY, </br> JEFFREY A. TAYLOR, JOHN F. CLARK, </br> PAUL T. STEIN AND DAVID BARNES </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 1:08-CV-00700 (HHK) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**MEMORANDUM IN SUPPORT OF CONSENT MOTION BY DEFENDANT PAUL T. STEIN, ESQUIRE FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Paul T. Stein has requested an extension of time, up to and including June 30, 2008, in which to answer, move or otherwise respond to Plaintiff's Complaint.

In accordance with Local Civ. R. 7(m), counsel for Mr. Stein spoke to Plaintiff's counsel on May 21, 2008, to seek consent for this motion to extend. Plaintiff consented to the thirty (30) day extension of time sought by Mr. Stein.

The proposed thirty (30) day extension will not prejudice any party to this matter. No scheduling order has been entered yet.

Mr. Stein's response to Plaintiff's Complaint is currently due on May 30, 2008. Counsel for Mr. Stein has just been retained and has not yet had an opportunity to review the file in this matter. Counsel requests this additional time in order to review the file in this matter and to prepare a response to Plaintiff's Complaint.

Therefore, for the reasons stated in Defendant Paul T. Stein's Consent Motion for an Extension of Time, Defendant respectfully requests this Court to extend his time to answer, move or otherwise respond to Plaintiff's Complaint until and including June 30, 2008. *See* Fed. R. Civ. P. 6(b).

                                                Respectfully submitted,

*/s/ Elizabeth T. Simon*
Pamela A. Bresnahan (D.C. Bar No. 366735)
Elizabeth Treubert Simon (D.C. Bar No. 467272)
Vorys, Sater, Seymour and Pease LLP
1828 L Street, N.W.
Suite 1111
Washington, D.C. 20036
(202) 467-8800 (telephone)
(202) 467-8900 (facsimile)

Counsel for Paul T. Stein, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA CLOONAN, | ) <br> ) |
| Plaintiff, | ) <br> ) <br> ) |
| v. | ) Civil Action No. 1:08-CV-00700 (HHK) <br> ) |
| MICHAEL B. MUKASEY, <br> JEFFREY A. TAYLOR, JOHN F. CLARK, <br> PAUL T. STEIN AND DAVID BARNES | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## CONSENT ORDER

UPON CONSIDERATION of the Consent Motion for an Extension of Time filed by Defendant Paul T. Stein, Esquire, and for good cause shown, it is this _____ day of May, 2008,

ORDERED that Defendant's Consent Motion be GRANTED, and it is

FURTHER ORDERED that Defendant Paul T. Stein, Esquire's time to answer, move or otherwise respond to Plaintiff's Complaint is extended until Monday, June 30, 2008.

_____
Henry H. Kennedy, Jr., Judge
United States District Court for the
District of Columbia

<u>Copies to:</u>

Kevin Byrnes
Grad, Logan & Klewans, P.C.
3141 Fairview Park Drive
Suite 350
Falls Church, VA 22042

Christopher Blake Harwood
U.S. Attorney's Office
555 Fourth Street, NW
Suite 4220
Washington, DC 20530

Pamela A. Bresnahan
Elizabeth Treubert Simon
VORYS SATER SEYMOUR and PEASE LLP
1828 L Street N.W.
Suite 1100
Washington, D.C. 20036

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b)(2)(D) and Local Civil Rule 5.4, I hereby certify that on this 22nd day of May, 2008, a copy of the foregoing Consent Motion by Defendant Paul T. Stein, Esquire for an Extension of Time to Answer, Move or otherwise Respond to Plaintiff's Complaint was filed electronically. Service of this filing to all parties, including those listed below, will be accomplished by operation of the Court's ECF system to:

Kevin Byrnes
Grad, Logan & Klewans, P.C.
3141 Fairview Park Drive
Suite 350
Falls Church, VA 22042

Christopher Blake Harwood
U.S. Attorney's Office
555 Fourth Street, NW
Suite 4220
Washington, DC 20530

_Elizabeth T. Simon_
Elizabeth Treubert Simon