UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA CLOONAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:08-CV-00700 (HHK) |
| MICHAEL B. MUKASEY, *et al.* | ) ) ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

The Clerk of this Court will please enter the appearance of Pamela A. Bresnahan as lead counsel for Paul T. Stein, Esquire in the above-captioned matter. Elizabeth Treubert Simon will also remain as counsel to Mr. Stein in this matter.

Date: May 28, 2008

Respectfully submitted,

_/s/ Pamela G. Bresnahan_
Pamela A. Bresnahan (D.C. Bar No. 366735)
Elizabeth Treubert Simon (D.C. Bar No. 467272)
Vorys, Sater, Seymour and Pease LLP
1828 L Street, N.W.
Suite 1111
Washington, D.C. 20036
(202) 467-8800 (telephone)
(202) 467-8900 (facsimile)

Counsel for Paul T. Stein, Esquire

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b)(2)(D) and Local Civil Rule 5.4, I hereby certify that on this 28th day of May, 2008, a copy of the foregoing Notice of Appearance was filed electronically. Service of this filing to all parties, including those listed below, will be accomplished by operation of the Court's ECF system to:

Kevin Byrnes
Grad, Logan & Klewans, P.C.
3141 Fairview Park Drive
Suite 350
Falls Church, VA 22042

Christopher Blake Harwood
U.S. Attorney's Office
555 Fourth Street, NW
Suite 4220
Washington, DC 20530

Elizabeth Treubert Simon