UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA CLOONAN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action 08-0700 (HHK) |
| MICHAEL B. MUKASEY, et al., | ) |
| Defendants. | ) |

## MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendants Michael B. Mukasey, Jeffrey A. Taylor, John F. Clark and David Barnes ("Defendants"), by and through their undersigned counsel, respectfully request that the Court extend the date by which they are to respond to the Complaint in the above-captioned action by eight days, to July 2, 2008. On June 10, 2008, the undersigned Assistant United States Attorney (the "undersigned AUSA") contacted Plaintiff's counsel to see whether Plaintiff would consent to the relief requested herein. Plaintiff's counsel informed the undersigned AUSA that Plaintiff would consent to the requested extension.

There is good cause to grant Defendants an extension to July 2, 2008 to respond to the Complaint. To this point, the undersigned AUSA and agency counsel have been working diligently to gather the relevant facts and formulate Defendants' response to the Complaint. However, they require additional time to complete those tasks. Starting tomorrow, June 13, 2008, the undersigned AUSA will be out of the office and on vacation until June 22, 2008, and agency counsel will then be out of the office and on vacation from June 23, 2008 to June 29, 2008. Thus, to ensure that the undersigned AUSA and agency counsel have sufficient time to finish gathering the relevant facts and formulating Defendants' response to the Complaint,

Defendants request that their date to respond to the Complaint be extended from June 24, 2008 to July 2, 2008. This is the first request for an extension by the above Defendants in this case.[1] This request for an extension is submitted in good faith and not for purposes of delay. A proposed order consistent with the relief requested herein is attached hereto.

                                        Respectfully submitted,

                                        /s/
                                    JEFFREY A. TAYLOR, D.C. BAR #498610
                                    United States Attorney

                                        /s/
                                    RUDOLPH CONTRERAS, D.C. BAR #434122
                                    Assistant United States Attorney

                                        /s/
                                    CHRISTOPHER B. HARWOOD
                                    Assistant United States Attorney
                                    555 Fourth St., N.W.
                                    Washington, D.C. 20530
                                    Phone: (202) 307-0372
                                    Fax: (202) 514-8780
                                    Christopher.Harwood@usdoj.gov

---

[1] Counsel for Defendant Paul T. Stein previously requested and received an extension of time to respond to the Complaint. Mr. Stein's response to the Complaint is currently due on June 30, 2008.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                         )
SHEILA CLOONAN,                          )
                                         )
        Plaintiff,                       )
                                         )
        v.                               )   Civil Action 08-0700 (HHK)
                                         )
MICHAEL B. MUKASEY, et al.,              )
                                         )
        Defendants.                      )
_____)

## ORDER

Having considered the Motion for an Extension of Time to Respond to the Complaint submitted by Defendants Michael B. Mukasey, Jeffrey A. Taylor, John F. Clark and David Barnes (the "Motion for an Extension"), and the entire record herein, it is this _____ day of _____, 2008, hereby:

ORDERED that the Motion for an Extension is GRANTED; and it is

FURTHER ORDERED that the above Defendants shall submit their response to the Complaint by July 2, 2008.

SO ORDERED.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

Copy to:  ECF Counsel