U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIELA CLOONAN )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL B. MUKASEY, et al. )<br>)<br>   Defendants. )<br>_____) | Civil Action No. 1:08-cv-0700 (HHK) |

### CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT PAUL T. STEIN'S MOTION TO DISMISS

Comes now the Plaintiff, Sheila Cloonan, by and through counsel, Grad, Logan & Klewans, P.C., and moves this Court for an extension of time to file an opposition to Defendant Paul Stein's Motion to Dismiss. For grounds, Plaintiff states as follows:

This is a Privacy Act and defamation action based on claims by Plaintiff that the Federal Defendants violated the Privacy Act, and that two of the Defendants, Messrs. David Barnes and Paul T. Stein defamed the Plaintiff.

Defendant Paul Stein has filed a motion to dismiss the defamation count on the grounds that his actions were privileged. Due to a busy trial schedule and long planned summer vacations, Plaintiff's counsel has requested an extension of time until July 30, 2008 to file an opposition to the motion to dismiss, and Defendant's counsel has consented to this request.

Defendant has also requested that it be allowed until August 14, 2008, to reply to Plaintiff's opposition to the motion to dismiss, and Plaintiff has consented to that request.

1

WHEREFORE, Plaintiff asks this Court to enter an agreed Order to allow Plaintiff until July 30, 2008 to file an opposition to Defendant Stein's Motion to Dismiss and to allow Defendant Paul T. Stein until August 14, 2008 to file a reply to the opposition.

Respectfully submitted,
Sheila Cloonan
By counsel

GRAD, LOGAN & KLEWANS, P.C.

_____/s/ K. Byrnes_____
Kevin Byrnes, Esq. (DC Bar #480195)
Francis X. McCullough, Esq. (DC Bar #350918)
3141 Fairview Park Drive, Suite 350
Falls Church, Virginia 22042
Telephone: 703-548-8400
Facsimile: 703-836-6289
*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July, 2008, a true copy of the foregoing Consent Motion for Extension of Time to File Opposition to Defendant Paul T. Stein's Motion to Dismiss was delivered by filing and entering the same upon the electronic court filing website of the United States District Court of the District of Columbia, to the attention of Defendants' counsel, as follows:

Pamela Bresnahan, Esq.
Elizabeth Treubert Simon, Esq.
Vorys, Sater, Seymour and Pease, LLP
1828 L Street, N.W., 11th Floor
Washington D.C., 20031
Telephone: 202-467-8800
Facsimile: 202-467-8900

Jeffrey A. Taylor, Esq.
Rudolph Contreras, Esq.
Christopher B. Harwood, Esq.
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-307-0372
Facsimile: 202-514-8780

        /s/ K. Byrnes
Kevin Byrnes, Esq. (DC Bar #480195)
Francis X. McCullough, Esq. (DC Bar #350918)
3141 Fairview Park Drive, Suite 350
Falls Church, Virginia 22042
Telephone: 703-548-8400
Facsimile: 703-836-6289
*Counsel for Plaintiff*

U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIELA CLOONAN </br></br> Plaintiff, </br></br> v. </br></br> MICHAEL B. MUKASEY, et al. </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 1:08-cv-0700 (HHK) </br> ) </br> ) </br> ) </br> ) </br> ) |

### ORDER GRANTING PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO DEFENDANT PAUL T. STEIN'S MOTION TO DISMISS

Upon Motion filed by the Plaintiff, the Court having considered the Motion, and it appearing that the Motion is agreed to by Defendant's counsel and there exists sufficient cause therefor,

IT IS ORDERED that the Motion is GRANTED. The Plaintiff shall have up to and including July 30, 2008, within which to file her Memorandum in Opposition to Defendant Paul T. Stein's Motion to Dismiss and Defendant Paul T. Stein shall have up to and including August 14, 2008, within which to respond to Plaintiff's submission.

_____
Henry H. Kennedy, Jr.
United States District Judge