U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHEILA CLOONAN                )
                              )
         Plaintiff,           )
                              )
v.                            )   Civil Action No. 1:08-cv-0700 (HHK)
                              )
MICHAEL B. MUKASEY, et al.    )
                              )
         Defendants.          )
_____)

## CONSENT MOTION FOR SECOND EXTENSION OF TIME TO FILE OPPOSITION TO THE FEDERAL DEFENDANTS' MOTION TO DISMISS

Comes now the Plaintiff, Sheila Cloonan, by and through counsel, Grad, Logan & Klewans, P.C., and moves this Court for a second extension of time to file an opposition to Defendants Michael B. Mukasey, Jeffrey A. Taylor, John F. Clark and David Barnes (collectively the "Federal Defendants") Motion to Dismiss. For grounds, Plaintiff states as follows:

This is a Privacy Act and defamation action based on claims by Plaintiff that the Federal Defendants violated the Privacy Act, and that two of the Defendants, Messrs. David Barnes and Paul T. Stein defamed the Plaintiff.

The Federal Defendants have filed a motion to dismiss under Rule 12 (b) (6) and for summary judgment. Due to a busy trial schedule and long planned summer vacations, Plaintiff's counsel has requested a second extension of time until August 6, 2008 to file an opposition to the motion to dismiss, and Federal Defendants' counsel has consented to this request.

1

Defendants' counsel have also requested that they be allowed until August 25, 2008, to reply to Plaintiff's opposition to the motion to dismiss, and Plaintiff has consented to that request.

WHEREFORE, Plaintiff asks this Court to enter an agreed Order to allow Plaintiff until August 6, 2008 to file an opposition to the Federal Defendants' Motion to Dismiss and to allow the Federal Defendants until August 25, 2008 to file a reply to the opposition.

> Respectfully submitted,
> Sheila Cloonan
> By counsel

GRAD, LOGAN & KLEWANS, P.C.

_____/s/ K. Byrnes_____
Kevin Byrnes, Esq. (DC Bar #480195)
Francis X. McCullough, Esq. (DC Bar #350918)
3141 Fairview Park Drive, Suite 350
Falls Church, Virginia 22042
Telephone: 703-548-8400
Facsimile: 703-836-6289
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2008, a true copy of the foregoing Consent Motion for Second Extension of Time to File Opposition to the Federal Defendants' Motion to Dismiss was delivered by filing and entering the same upon the electronic court filing website of the United States District Court of the District of Columbia, to the attention of Defendants' counsel, as follows:

Pamela Bresnahan, Esq.
Elizabeth Treubert Simon, Esq.
Vorys, Sater, Seymour and Pease, LLP
1828 L Street, N.W., 11th Floor
Washington D.C., 20031
Telephone: 202-467-8800
Facsimile: 202-467-8900

Jeffrey A. Taylor, Esq.
Rudolph Contreras, Esq.
Christopher B. Harwood, Esq.
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-307-0372
Facsimile: 202-514-8780

                                                _____/s/ K. Byrnes_____
                                                Kevin Byrnes, Esq. (DC Bar #480195)
                                                Francis X. McCullough, Esq. (DC Bar #350918)
                                                3141 Fairview Park Drive, Suite 350
                                                Falls Church, Virginia 22042
                                                Telephone: 703-548-8400
                                                Facsimile: 703-836-6289
                                                *Counsel for Plaintiff*

U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA CLOONAN | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:08-cv-0700 (HHK) |
| MICHAEL B. MUKASEY, et al. | ) |
| Defendants. | ) |

**ORDER GRANTING PLAINTIFF'S CONSENT MOTION
FOR SECOND EXTENSION OF TIME TO FILE AN OPPOSITION
TO THE FEDERAL DEFENDANTS' MOTION TO DISMISS**

Upon Motion filed by the Plaintiff, the Court having considered the Motion, and it appearing that the Motion is agreed to by the counsel for Defendants Michael B. Mukasey, Jeffrey A. Taylor, John F. Clark and David Barnes (collectively the "Federal Defendants") and there exists sufficient cause therefor,

IT IS ORDERED that the Motion is GRANTED. The Plaintiff shall have up to and including August 6, 2008, within which to file its Memorandum in Opposition to the Federal Defendants' Motion to Dismiss and the Federal Defendants shall have up to and including August 25, 2008, within which to respond to Plaintiff's submission.

_____
Henry H. Kennedy, Jr.
United States District Judge