UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA CLOONAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action 08-0700 (HHK) |
| ) | |
| MICHAEL B. MUKASEY, et al., ) | |
| ) | |
| Defendants. ) | |

### CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS AND FOR SUMMARY JUDGMENT

Defendants Michael B. Mukasey, Jeffrey A. Taylor, John F. Clark and David Barnes (the "Federal Defendants"), by and through their undersigned counsel, respectfully request that this Court extend the date by which they are to file their reply in support of their Motion to Dismiss and for Summary Judgment by 14 days, to September 8, 2008. On August 19, 2008, the last undersigned Assistant United States Attorney (the "AUSA") contacted Plaintiff's counsel to see whether Plaintiff would consent to the relief requested herein. Plaintiff's counsel informed the undersigned AUSA that Plaintiff would consent to the requested extension.

There is good cause to grant the Federal Defendants the extension that they are seeking. The AUSA's workload has been extremely heavy over the last several weeks. Indeed, since August 6, 2008 (the date that Plaintiff filed her opposition to the Federal Defendants' Motion to Dismiss and for Summary Judgment), the AUSA has filed five substantive briefs, including: a motion for summary judgment in Brown v. Paulson, 07-509; a reply in support of a motion for summary judgment in St. Michael's Medical Center, et al. v. Leavitt, 07-1484; a motion for summary affirmance in Poole, et al. v. Roll, et al., 07-2039; and an opposition to motions to

intervene in <u>Chennareddy, et al. v. Dodaro</u>, 87-3538.  Moreover, between now and September 5, 2008, he will be filing two additional motions to dismiss, responding to a set of written discovery requests and defending at least two depositions.  Due to his heavy workload, the AUSA anticipates needing additional time to complete his work on the Federal Defendants' reply in support of their Motion to Dismiss and for Summary Judgment.  Thus, the Federal Defendants respectfully request that this Court grant the instant motion and extend their deadline to file their reply to September 8, 2008.

This is the Federal Defendants' first request for an extension of time in connection with filing a reply in support of their Motion to Dismiss and for Summary Judgment.  This request for an extension is submitted in good faith and not for purposes of delay.  A proposed order consistent with the relief requested herein is attached hereto.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 307-0372
Fax: (202) 514-8780
Christopher.Harwood@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA CLOONAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action 08-0700 (HHK) |
| ) | |
| MICHAEL B. MUKASEY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Having considered the Federal Defendants' Consent Motion for an Extension of Time to File Reply in Support of Motion to Dismiss and for Summary Judgment (the "Consent Motion"), and the entire record herein, it is this _____ day of _____, 2008, hereby:

ORDERED that the Consent Motion is GRANTED; and it is

FURTHER ORDERED that the Federal Defendants shall submit their reply in support of their Motion to Dismiss and for Summary Judgment by September 8, 2008.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copy to: ECF Counsel